Case 1:20-cv-00943-LY   Document 1   Filed 09/12/20   Page 1 of 1

FILED
9/12/2020
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY DML

Attachment 1 - Civil Complaint

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Genavie Melissa Hajyounes

Plaintiff(s)

THE TEXAS DEPARTMENT OF FAMILY
AND PROTECTIVE SERVICES
ELIZABETH SCHWARTS, TRYA PERKINS
SHANNON DAVIS, NANCY STAIT, SHANTAVIA
MONROE, CASA, NIKKI DARTER, COLIN
GAFFNEY, RACHEL BUTLER

Defendant(s)

**1:20CV943-LY**

(Supplied by Clerk's Office)

## COMPLAINT

Genavie Hajyounes - C/O 9901 Brodie Lane Suite #160-757 Austin, Texas, [78748]

VS

THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES/ ELIZABETH SCHWARTS, TRYA PERKINS

SHANNON DAVIS, NANCY STAIT, SHANTAVIA MONROE, CASA, NIKKI DARTER, COLIN GAFFNEY, RACHEL

BUTLER 1340 Airport Commerce Dr Suite 525 Austin, Texas 78741

Lack of Jurisdiction THE TEXAS DEPARTMENT OF FAMILY AND PROCTECTIVE SERVICES

INDEPENDENT CORPORATION - D-U-N-S number 005381403

FALSE ALLEGATIONS, CONSPIRICY, HARRASSMENT, THREATS/ CIVIL RIGHTS VIOLATIONS, CONSTITUTIONAL

RIGHTS VIOLATIONS, PERJURY

VIOLATION OF OATH OF OFFICE - $250,000.00- 18 USC 3571 28 USC 3002 (15)
DENIED RIGHT OF REASONABLE DEFENSE ARGUMENTS - $250,000,00 18 USC 3571
DENIED RIGHT TO TRUTH IN EVIDENCE- $200,000.00
SLAVERY ( Forced Compliance to contracts) - $250,000.00 18 UCS 3571
DEPRIVATION OF RIGHTS UNDER COLOR OF LAW $200,000.00 18 USC 242
EMOTIONAL DISTRESS - $200,000.00 32 CFR 536.77 (a)(3)(vii)
MENTAL ANGUISH ABUSE $200,000.00 42 CFR 488.301
PEONAGE (FELONY)  $200,000.00  18-USC 1581, 42 USC 1994
DEFAMATION OF CHARACTOR $200,000.00
ACTING AS AGENTS OF FOREIGN PRINCIPLES $200,000.00 18 USC 219
VIOLATIONS OF THE UNIVERSAL DECLARATION OF HUMAN RIGHTS $200,000.00
FALSIFICATION OF DOCUMENTS/RECORD - $10,000.00 - 18 USC 1001, 26 USC 7701(a)(1)

27

*Genavie Hajyounes*

Name Genavie Hajyounes Address C/O 9901 Brodie Lane Suite #160-757
Telephone Number 512-781-2562

Rev. Ed. October 26, 2017