IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 NOV -3  AM 4: 19
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
           DEPUTY

| | |
|---|---|
| GENAVIE MELISSA HAJYOUNES, § <br> PLAINTIFF, § <br> § <br> V. § <br> § <br> THE TEXAS DEPARTMENT OF § <br> FAMILY AND PROTECTIVE SERVICES, § <br> ELIZABETH SCHWARTS, TYRA § <br> PERKINS, SHANNON DAVIS, NANCY § <br> STAIT, SHANTAVIA MONROE, CASA, § <br> NIKKI DARTER, COLIN GAFFNEY, § <br> AND RACHEL BUTLER, § <br> DEFENDANTS. § | CAUSE NO. 1:20-CV-943-LY |

## ORDER CLOSING CASE

Before the court is the above entitled cause. On October 29, 2020, Plaintiff filed a "Motion to Withdraw Complaint," which the court construes as a Notice of Dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (Doc. #7). Accordingly,

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this _2nd_ day of November, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE